UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br>　　　　Plaintiff,<br>　v.<br>BRIGHTER BEGINNINGS,<br>　　　　Defendant. | Case No. 4:18-cv-01425-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on March 5, 2018. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that June 4, 2018 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference (CMC), originally scheduled for June 5, 2018, was continued to August 14, 2018, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 9.)

IT IS HEREBY ORDERED that by no later than June 27, 2018, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: June 14, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge