UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>BRIGHTER BEGINNINGS,<br><br>　　　　Defendant(s) | CASE No C 4:18-cv-01425 KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE) (ADR L.R. 5)**
- ☒ **Mediation (ADR L.R. 6)**
- ☐ **Private ADR** *(specify process and provider)*

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: July 23, 2018　　　　　　　　　Jocelyn Burton
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: July 23, 2018　　　　　　　　　Susan Zeme
　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 7/27/18　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*