UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIGHTER BEGINNINGS,<br><br>　　　　Defendant. | Case No. 4:18-cv-01425-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 34 |

On February 26, 2019, the Court held a case management conference, where Gina Gilton did not appear.

Accordingly, Ms. Gilton is ORDERED TO SHOW CAUSE, in writing, by no later than **March 22, 2019**, why she should not pay monetary sanctions in the amount of $500 for her failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: March 6, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge