UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>        Plaintiff,<br><br>v.<br><br>BRIGHTER BEGINNINGS,<br><br>        Defendant. | Case No. 4:18-cv-01425-KAW<br><br>**ORDER DISCHARGING 3/6/19 ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 36 |

On March 6, 2019, the Court issued an order to show to Plaintiff to explain why she failed to appear at the February 26, 2019 case management conference. (Dkt. No. 36.) Plaintiff also failed to appear at the March 12, 2019 telephonic scheduling conference before Magistrate Judge Sallie Kim. (Dkt. No. 37.)

On March 21, 2019, Plaintiff responded to the order to show cause and explained that a change of address was submitted to the post office due to mail theft in her community, and that she did not receive notice of the case management conference. (Dkt. No. 38.) Therein, Plaintiff also provided notice of her change of address. *Id.*

Accordingly, the order to show cause is DISCHARGED. Plaintiff is reminded that the next case management conference will be held on June 25, 2019 at 1:30 p.m. at U.S. District Court, 1301 Clay Street, Oakland, California in a courtroom to be determined. The case management statements are due on or before June 18, 2019.

Additionally, Plaintiff is ordered to contact Judge Kim's courtroom deputy, Melinda Lozenski, at (415) 522-4158 to schedule another telephonic scheduling conference.

IT IS SO ORDERED.

Dated: April 5, 2019

KANDIS A. WESTMORE
United States Magistrate Judge