UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>    Plaintiff,<br><br>        v.<br><br>BRIGHTER BEGINNINGS,<br><br>    Defendant. | Case No. 4:18-cv-01425-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; STATUS REPORT ORDER**<br><br>Re: Dkt. No. 47 |

On June 17, 2019, Defendant Brighter Beginnings filed a case management statement, in which it represented that the parties attended a settlement conference with U.S. Magistrate Judge Sallie Kim on May 16, 2018, and entered into a settlement agreement, which was placed on the record. (Dkt. No. 47 at 3.)

Accordingly, the case management conference scheduled for June 25, 2019 is continued to September 10, 2019 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California. Case management statements are due on or before September 3, 2019.

Additionally, Defendant shall file a status report by June 26, 2019 addressing when it expects the performance of any remaining terms, if any, to be completed, and when the dismissal could reasonably be filed. Since Plaintiff is pro se, the Court appreciates defense counsel's willingness to assist with the preparation and filing of the forthcoming dismissal.

IT IS SO ORDERED.

Dated: June 19, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge