UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTER BEGINNINGS,<br><br>    Defendant. | Case No. 4:18-cv-01425-KAW<br><br>**THIRD STATUS REPORT ORDER; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 52 |

On August 30, 2019, Defendant Brighter Beginnings filed its case management statement. (Dkt. No. 52.) Therein, Defendant reported that the settlement agreement requires monthly installment payments, which shall be completed on August 15, 2020. *Id.* at 3.

Accordingly, the case management conference is continued to September 15, 2020 at 1:30 p.m. Case management statements are due on or before September 8, 2020.

Additionally, Defendant shall file a status report to update the Court regarding the status of the payments by March 4, 2020.

IT IS SO ORDERED.

Dated: September 4, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge