UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GILTON,<br><br>   Plaintiff,<br><br>  v.<br><br>BRIGHTER BEGINNINGS,<br><br>   Defendant. | Case No. 4:18-cv-01425-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 55 |

On August 31, 2020, Defendant notified the Court that the final payment had been made in full satisfaction of the terms of the settlement agreement. (Dkt. No. 55.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court. Given the current pandemic, the Court would greatly appreciate if Defendant assisted Plaintiff in preparing and filing the dismissal.

IT IS SO ORDERED.

Dated: September 3, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge